IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA,

vs.                                                                    CASE NO. 99-CR-217-01 (PG)

ANGEL ORTEGA-REY
* * * * * * * * * * * * * * * * *

MOTION REQUESTING MODIFICATION OF SUPERVISED RELEASE
CONDITIONS

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, JOSE A. FIGUEROA, U.S. PROBATION OFFICER** of this Court, presenting an official report upon the conduct and attitude of releasee, Angel Ortega-Rey, who on July 7, 2000, was sentenced to sixty-three (63) months imprisonment as to count one and two, to be served concurrently with each other, to be followed by a six (6) year term of supervised release , as to count one and a three-year supervised release term as to count two, for violations to Title 21, U.S. Code, Section 846 and Title 18 U.S. Code, Section 1956, 3300(F).  On March 19, 2004, the offender's supervision term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

On April 5, 2005, the releasee requested that he be referred to mental health counseling to deal with personal problems. He also signed probation form 49 - Waiver of Hearing to Modify Conditions of Supervised Release, in which a mental health special condition is requested.  Original Probation Form -49 is hereto attached.

**WHEREFORE,** In view of the above, it is respectfully requested that it be ordered that the conditions of supervised releasee be modified, so that the releasee may participate in a mental health

treatment program as arranged and approved by the U.S. Probation Department. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 18th day of August 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
UNITED STATES PROBATION OFFICER


s/José A. Figueroa
José A. Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Phone No. 787-766-6153
Fax No.  787-766-5945
jose_a_figueroa@prp.uscourts.gov


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Timothy R. Henwood, Assistant U.S. Attorney, and Juan Alvarez, Esq.

At San Juan, Puerto Rico, August 18, 2005.


s/José A. Figueroa
José A. Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Phone No. 787-766-6153
Fax No.  787-766-5945
jose_a_figueroa@prp.uscourts.gov

3