IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

vs.  CASE NO. 3:99CR 217-001 (PG)

ANGEL ORTEGA-REY
* * * * * * * * * * * * * * * * * * * * * * * * *

## INFORMATIVE MOTION

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO:**

**COMES NOW,** José A. Figueroa, U.S. Probation Officer of this Honorable Court, respectfully informing that on September 7, 2005, Mr. Ortega-Rey died as a result of bullet sustained injuries. The offender was serving a supervised release term of six (6) years at the time of his death.

**WHEREFORE**, the undersigned respectfully is notifying that this case has been closed.

In San Juan, Puerto Rico, this 3rd day of November 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/José A. Figueroa
José A. Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-766-6153
Fax: 787-766-5945
Jose_a_figueroa@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which send notification of such filing to the following: Timothy R. Henwood, Assistant U.S. Attorney and Juan Alvarez, Esq.

In San Juan, Puerto Rico, this 3rd day of November 2005.

    s/José A. Figueroa
    José A. Figueroa
    U.S. Probation Officer
    Federal Office Building, Office 400
    San Juan, PR 00918
    Tel:  787-766-6153
    Fax: 787-766-5945
    Jose_a_figueroa@prp.uscourts.gov